UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA                    )
                                            )
v.                                          ) Criminal No. 11-CR-10070(PBS)
                                            )
JOSEPH ZOLOT, M.D., et al                   )
_____)

### DR. JOSEPH ZOLOT AND NURSE LISA PLINER'S NOTICE OF UNITED STATES SUPREME COURT'S GRANT OF CERTIORARI IN UNITED STATES V. BURRAGE

The defendants, Dr. Joseph Zolot ("Dr. Zolot") and Nurse Lisa Pliner ("Nurse Pliner"), hereby provide notice that on April 29, 2013, the United States Supreme Court granted certiorari in United States v. Burrage to review the judgment of the Eighth Circuit Court of Appeals in Case No. 09-2568 entered on August 6, 2012, 687 F. 3d 1015 (8th Cir. 2012), as to the following two questions:

1. Whether the crime of distribution of drugs causing death under 21 U.S.C. Section 841 is a strict liability crime, without a foreseeability or proximate cause requirement?

2. Whether a person can be convicted for distribution of heroin causing death utilizing jury instructions which allow a conviction when the heroin that was distributed "contributed to," death by "mixed drug intoxication," but was not the sole cause of death of a person?

For the convenience of the court, attached hereto as Exhibit A is the defendant Marcus Andrew Burrage's Petition for Writ of Certiorari and attached hereto as Exhibit B is the April 29, 2013 order of the United States Supreme Court granting certiorari.

Dr. Zolot and Nurse Pliner submit that the questions to be considered and resolved by the United States Supreme Court will impact materially upon both their recently filed Daubert motions and the trial of this matter. Dr. Zolot and Nurse Pliner request that they be heard on this issue at the currently scheduled May 14, 2013 hearing.

Respectfully submitted,

| JOSEPH ZOLOT, M.D., | LISA PLINER, N.P., |
|---|---|
| By his attorneys, | By her attorneys, |
| /s/ Howard M. Cooper | /s/ Michael J. Connolly |
| Howard M. Cooper (BBO #543842) | Michael J. Connolly (BBO #638611) |
| Benjamin J. Wish (BBO #672743) | Laura B. Angelini (BBO #658647) |
| TODD & WELD LLP | HINCKLEY, ALLEN & SNYDER LLP |
| 28 State Street | 28 State Street |
| Boston, Massachusetts 02109 | Boston, Massachusetts 02109 |
| (617) 720-2626 | (617) 345-9000 |

Dated: April 30, 2013

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on April 30, 2013.

/s/ Howard M. Cooper
Howard M. Cooper