```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


                                  )
UNITED STATES,                    )
            Government            )
                                  ) Criminal Action No. 11-10070-PBS
      v.                          )
                                  )
JOSEPH ZOLOT and LISA PLINER,     )
            Defendants.           )
                                  )
```

**ORDER**

July 24, 2014

Saris, U.S.D.J.

Defendants Joseph Zolot, a physician, and Lisa Pliner, a nurse practitioner, are charged with seven counts of illegal distribution of methadone, oxycodone, and fentanyl under the Controlled Substances Act, 21 U.S.C. § 841. They are also charged with conspiracy. At the close of the government's evidence, both Dr. Zolot and Ms. Pliner moved for a judgment of acquittal on all counts. Fed. R. Crim. Pro. 29(a). As stated in open court, the Court entered a judgment of acquittal as to the aiding and abetting charges against Ms. Pliner, counts II, III, VI, VII, and VIII. Otherwise, the Defendants' Rule 29 Motion for Judgment of Acquittal (Docket No. 382) was **DENIED**. At the close of all the evidence, the defendants renewed their motion as to the remaining counts. The motion was denied for the same reasons.

                              /s/ PATTI B. SARIS
                              Patti B. Saris
                              Chief United States District Judge