**UNITED STATES DISTRICT COURT**
                      **DISTRICT OF MASSACHUSETTS**

_____
                                   )
UNITED STATES                      )
                                   )Criminal Action No. 11-10070-PBS
         v.                        )
                                   )
JOSEPH ZOLOT and LISA PLINER,      )
            Defendants.            )
_____)

                       **MEMORANDUM AND ORDER**

                          August 7, 2014

SARIS, Chief Judge,

     On August 5, 2014, Boston Globe Media Partners, LLC, publisher of The Boston Globe newspaper ("the Globe"), moved for access to the jury list. The Court received no opposition from counsel. The motion is **ALLOWED**.

     In the absence of "particularized findings reasonably justifying non-disclosure," juror names and addresses must be made public. United States v. Hurley (In re Globe Newspaper Co.), 920 F.2d 88, 96-98 (1st Cir. 1990); see also District of Massachusetts Plan for Random Selection of Jurors § 10(a). Because I find no "exceptional circumstances" here, the public is entitled to the list of jurors.

     Recognition of this public right of access, however, is not "meant to encourage individual jurors to grant interviews. . . . To the contrary, a juror may well feel it is better and fairer to his or her fellows to decline to discuss what has occurred, and,

in particular, to decline to reveal his fellow juror's comments during deliberations." Hurley, 920 F.2d at 98. Jurors are not required to speak to the press, and each juror has the right to grant or refuse any interview requests.

Counsel are reminded that the First Circuit "prohibits the post-verdict interview of jurors by counsel, litigants, or their agents except under the supervision of the district court, and then only in such extraordinary situations as are deemed appropriate." United States v. Kepreos, 759 F.2d 961, 967 (1st Cir. 1985).

**ORDER**

The Court **ALLOWS** the Globe's Motion for Post-Verdict Access to the Jury List (Docket No. 407).

                                      /s/ PATTI B. SARIS
                                      PATTI B. SARIS
                                      United States District Judge