UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA                    )
                                            )
v.                                          ) Criminal No. 11-CR-10070 (PBS)
                                            )
JOSEPH ZOLOT, M.D., et al.                  )
_____)

**STATUS REPORT AS TO DR. ZOLOT'S PROPOSED
MOTION TO DISMISS THE INDICTMENT ON DOUBLE JEOPARDY GROUNDS**

Defendant Joseph Zolot, M.D. ("Dr. Zolot") hereby informs the Court and the Government as a courtesy that he does not intend to file a motion to dismiss the Indictment based upon double jeopardy grounds in light of *Richardson v. United States*, 468 U.S. 317 (1984). Dr. Zolot fully preserves his right to appeal the Court's denial of his Rule 29 motion at a later date.

                                Respectfully submitted,

                                JOSEPH ZOLOT,

                                By his attorneys,

                                /s/ Benjamin J. Wish_____
                                Howard M. Cooper (BBO #543842)
                                Benjamin J. Wish (BBO #672743)
                                Hillary A. Lehmann (BBO #683657)
                                TODD & WELD LLP
                                One Federal Street
                                Boston, Massachusetts 02110
                                (617) 720-2626

Dated:  November 26, 2014

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                             /s/ Benjamin J. Wish
                                             Benjamin J. Wish

Dated: November 26, 2014